**Mrs. S. A. McINTOSH, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky

October 29, 1948.

Roy Wilhoit for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Carl CAVIN, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky

November 5, 1948.

Roy Wilhoit for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

**LOUISVILLE & NASHVILLE·RAILROAD Co., Movant, v. Ennis L. POWELL, Opposed.**

Court of Appeals of Kentucky

November 9, 1948.

Woodward, Dawson, Hobson & Fulton for movant.

Charles W. Anderson, Earl B. Dickerson and Sidney A. Jones opposed.

PER CURIAM.

Motion for appeal denied. Judgment affirmed.